```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/8/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                                                                       :

UNITED STATES OF AMERICA,           :

                                        Plaintiff,:

                                                :           1:20-cv-05189-GHW

            -against-                   :

                                                :           <u>ORDER</u>

$12,860.00 IN UNITED STATES    :
CURRENCY,                                 :

                                       Defendant.:
-----------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

       The United States is directed to provide an update on the status of this case no later than September 25, 2020.

       SO ORDERED.

Dated:  July 8, 2020

                                                                            GREGORY H. WOODS
                                                            United States District Judge