UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,              :
:
              Plaintiff,          :
:     20-CV-5189 (JPC)
  -v-                                  :
:     <u>EXTENSION ORDER</u>
$12,860.00 IN UNITED STATES CURRENCY,  :
:
              Defendant-*in-Rem.*  :
:
------------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/16/2020

JOHN P. CRONAN, United States District Judge:

      This case has been reassigned to the undersigned.  **All counsel must familiarize themselves with the Court's Individual Rules, which are available at https://www.nysd.uscourts.gov/hon-john-p-cronan**.

      The Court is in receipt of Mr. Bouyagian's letter, requesting "additional time to gather relevant documentation and sworn depositions" (Dkt. 6), and the Government's letter dated October 8, 2020, consenting to a "reasonable extension of the October 15, 2020 deadline for Mr. Bouyagian to potentially assert a claim in this matter." (Dkt. 8).  The Court hereby orders that the deadline for Mr. Bouyagian to file a claim asserting an interest in the Defendant-*in-rem* is extended to November 30, 2020.

      SO ORDERED.

Dated: October 16, 2020
       New York, New York

                                                _____
                                                  JOHN P. CRONAN
                                          United States District Judge