```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                        :
UNITED STATES OF AMERICA,                                               :
                                                                        :
                              Plaintiff,                                :
                                                                        :          20-CV-5189 (JPC)
             -v-                                                        :
                                                                        :          ORDER APPOINTING CJA
$12,860.00 IN UNITED STATES CURRENCY,                                   :                ATTORNEY
                                                                        :
                              Defendant-in-Rem.                         :
                                                                        :
-----------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/26/2020

JOHN P. CRONAN, United States District Judge:

This Court has reviewed an application for the appointment of counsel pursuant to the Criminal Justice Act ("CJA") by Jeffrey Pittell, Esq., to represent George Bouyagian, who is a potential claimant in this civil forfeiture action. (Dkt. 4)  Mr. Pittell was previously appointed to represent Mr. Bouyagian under the CJA in *United States v. Bouyagian*, 18 Cr. 99 (NRB).  In this civil forfeiture proceeding, the United States alleges that there is probable cause to believe that the money at issue constitutes or is derived from proceeds traceable to the health care fraud that resulted in Mr. Bouyagian's conviction in *United States v. Bouyagian*, 18 Cr. 99 (NRB).  The Court is further in receipt of a letter from the Government, dated October 8, 2020, stating that it "has no objection to the appointment of Jeffrey Pittell, Esq., as CJA counsel in this matter" (Dkt. 8) and a letter from Mr. Pittell, dated October 24, 2020, confirming that Mr. Bouyagian wishes Mr. Pittell to represent him in this matter (Dkt. 11).

Financially eligible persons may be provided representation under the CJA in matters ancillary to the principal criminal charge. *See Guide to Judiciary Policy*, Volume 2, Chapter 2, § 210.20.30.  The CJA guidelines specifically contemplate such representation in an ancillary manner "to preserve the claim of the CJA client in an interest in real or personal property subject to a civil

forfeiture proceeding." *Id.*  As Mr. Pittell represented Mr. Bouyagian in the criminal case that gave rise to this civil forfeiture proceeding, Mr. Pittell is hereby appointed as counsel pursuant to the CJA to handle Mr. Bouyagian's claim to the Defendant-*in-rem*.

SO ORDERED.

Dated: October 26, 2020
      New York, New York

                              JOHN P. CRONAN
                        United States District Judge